AP-77,041
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2016 5:17:19 PM
Accepted 6/3/2016 7:30:32 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS AT AUSTIN

| | | |
|---|---|---|
| **BRIAN SUNIGA,**<br>**Appellant** | §<br>§<br>§<br>§ | FILED IN<br>COURT OF CRIMINAL APPEALS |
| **v.** | §<br>§ | June 3, 2016 |
| | § **No. AP-77,041** | ABEL ACOSTA, CLERK |
| **THE STATE OF TEXAS,**<br>**Appellee** | §<br>§ | |

_____

### ADVISORY TO THE COURT CONCERNING ORAL ARGUMENT

Comes now, Brian Suniga, Appellant, by and through counsel, and hereby advises this Honorable Court that:

1)      Undersigned counsel, Hilary Sheard, will appear for oral argument on behalf of Mr. Suniga on Wednesday, June 15, 2016, at 9:00 a.m.

2)      The points of errors to be argued, time permitting, are Points of Error One, Two and Four.

Respectfully submitted,

*Hilary Sheard*

_____

HILARY SHEARD
Law Office of Hilary Sheard
7421 Burnet Road # 300-512
Austin, Texas 78757
Phone (512) 524 1371
Fax (512) 646 7067
HilarySheard@Hotmail.com

*Attorney for Appellant Brian Suniga .*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2016, a copy of the foregoing pleading was served electronically via www.efileTexas.gov on:

Jeffrey S. Ford, Esq.
Chief - Appellate Division
Lubbock County District Attorney's Office
Lubbock County Courthouse
904 Broadway - 2nd Floor
P.O. Box 10536
Lubbock, Texas 79408.
JFord@LubbockCDA.com


_____
Hilary Sheard.